# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STANLEY STOPYRA | : | No. 310 MAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| PECO ENERGY COMPANY AND FIRST | : | |
| CHICAGO TRUST COMPANY OF NEW | : | |
| YORK AGENT | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DONNA RAIMONDAO AND FIRST | : | |
| VALLEY BANK A/K/A SUMMIT BANK | : | |
| AND VICTOR RAIMONDO | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BANK OF AMERICA, N.A., | : | |
| SUCCESSOR TO FLEET NATIONAL | : | |
| BANK, SUCCESSOR TO FIRST VALLEY | : | |
| BANK A/K/A SUMMIT BANK | : | |
| STANLEY STOPYRA | : | No. 311 MAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| PECO ENERGY COMPANY AND FIRST | : | |
| CHICAGO TRUST COMPANY OF NEW | : | |
| YORK AGENT | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DONNA RAIMONDAO AND FIRST | : | |
| VALLEY BANK A/K/A SUMMIT BANK | : | |
| AND VICTOR RAIMONDO  PETITON OF: | : | |
| BANK OF AMERICA, N.A., SUCCESSOR | : | |

TO FLEET NATIONAL BANK,          :
SUCCESSOR TO FIRST VALLEY BANK   :
A/K/A SUMMIT BANK                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.